Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____   Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | **Advent Air Conditioning, Inc.** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**
7 5 – 1 9 3 5 9 4 9

**4. Debtor's address**

Principal place of business

**1560 E. Southlake Blvd.**
Number     Street

**Southlake, TX 76092**
City                    State   ZIP Code

**Tarrant**
County

Mailing address, if different from principal place of business

Number          Street

City                    State   ZIP Code

Location of principal assets, if different from principal place of business

Number          Street

City                    State   ZIP Code

**5. Debtor's website (URL)**     **adventair.com**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Advent Air Conditioning, Inc.**                                    Case number *(if known)* _____
　　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

**2  3  8  2**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　District _____ When _____ Case number _____
　　　　　　　　　　　　　　　MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

　　　District _____ When _____
　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　Case number, if known _____

| Debtor | **Advent Air Conditioning, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>_____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br> Number   Street<br>_____<br> City   State   ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>   Contact name _____<br>   Phone _____ | |

---

| █ | **Statistical and administrative information** |
|---|---|

| | | |
|---|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |

| **14. Estimated number of creditors** | ☑ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
|---|---|---|---|---|---|---|
| | ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

| **15. Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | **Advent Air Conditioning, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **05/09/2025**
MM/ DD/ YYYY

**X** **/s/ Jared Douglas**         **Jared Douglas**
Signature of authorized representative of debtor      Printed name

Title      **Owner/CEO**

**18. Signature of attorney**

**X** **/s/ Clayton L. Everett**     Date **05/09/2025**
Signature of attorney for debtor          MM/ DD/ YYYY

**Clayton L. Everett**
Printed name

**Norred Law, PLLC**
Firm name

**515 E. Border**
Number     Street

**Arlington**        **TX**     **76010**
City           State    ZIP Code

**(817) 704-3984**        **clayton@norredlaw.com**
Contact phone           Email address

**24065212**          **TX**
Bar number           State

Fill in this information to identify the case:

Debtor Name   **Advent Air Conditioning, Inc.**

United States Bankruptcy Court for the: _____ **Northern** _____ District of _____ **Texas** _____
                                                                                    (State)

Case number (If
known): _____

☐ Check if this is an
   amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

2. **Cash on hand** — — — — — — — — — — $500.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank of Texas -4948** | **Checking account** | 4 9 4 8 | $10,416.24 |
| 3.2. | **American National Bank & Trust -6503** | **Checking account** | 4 5 0 3 | $103.68 |
| 3.3. | **American National Bank & Trust -4481** | **Checking account** | 4 4 8 1 | $1.62 |
| 3.4. | **American National Bank & Trust -1661** | **Savings account** | 1 6 6 1 | $0.00 |
| 3.5. | **Bank of Texas -5179** | **Savings account** | 5 1 7 9 | $21,401.20 |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____   _____

   4.2 _____   _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   $32,422.74

| Part 2: | Deposits and prepayments |
| --- | --- |

Debtor  **Advent Air Conditioning, Inc.**

Name

Case number *(if known)*

---

6.  **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7.  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1  **Cubework** | $7,445.00 |
|---|---|

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____

8.2 _____

9.  **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.    | $7,445.00 |

---

| Part 3: | Accounts receivable |
|---|---|

10.  **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11.  **Accounts receivable**

11a. 90 days old or less: _____ - _____ = ..... ➡
        face amount          doubtful or uncollectible accounts

11b. Over 90 days old: _____ - _____ = ..... ➡
        face amount          doubtful or uncollectible accounts

12.  **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

| Part 4: | Investments |
|---|---|

13.  **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.  **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____

14.2 _____

---

Debtor     **Advent Air Conditioning, Inc.**

Name                                                      Case number *(if known)* _____

---

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                          % of ownership:

15.1. _____   _____   _____   _____

15.2. _____   _____   _____   _____

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____   _____   _____

16.2 _____   _____   _____

**17.** **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                       [_____]

---

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| Inventory List–see Supplemental Document 1 | 01/01/2025 <br> MM / DD / YYYY | $116,389.70 | Market Price (25% discount from cost) | $87,292.27 |
| **20. Work in progress** | | | | |
| | MM / DD / YYYY | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| | MM / DD / YYYY | | | |
| **22. Other inventory or supplies** | | | | |
| | MM / DD / YYYY | | | |

**23.** **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                       [ $87,292.27 ]

**24.** **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

---

Debtor   **Advent Air Conditioning, Inc.**
Name

Case number *(if known)*

---

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| | _____ | _____ | _____ |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| | _____ | _____ | _____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | _____ | _____ | _____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| | _____ | _____ | _____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| | _____ | _____ | _____ |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

_____

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

---

Debtor   **Advent Air Conditioning, Inc.**
<br>Name

Case number *(if known)*

---

| 37. | **Has any of the property listed in Part 6 been appraised by a professional within the last year?** |

☑ No

☐ Yes

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Warehouse: desk, chair, and file cabinet | $250.00 | | $250.00 |
| Office space: Nine workstations | unknown | estimated | $270.00 |
| Work space: bookshelf | $75.00 | | $75.00 |
| Work space: books | unknown | | $20.00 |
| Warehouse: 30 ft heavy-duty shelving | $100.00 | | $100.00 |
| Warehouse: lightweight shelving | $400.00 | | $400.00 |
| 40. **Office fixtures** | | | |
| | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Office space: three HP laptops | $600.00 | | $600.00 |
| Office space: leased laptops | $0.00 | | $0.00 |
| Office space: leased Toshiba printer | $0.00 | | $0.00 |
| Office space: Twenty monitors | $800.00 | | $800.00 |
| Warehouse: two pallet jackets | $1,000.00 | | $1,000.00 |
| Warehouse: 2 wheeled dollies | $200.00 | | $200.00 |
| Warehouse: 10 Rolling basket carts: 10 x $200 | $200.00 | | $200.00 |
| Office space: mini-fridge, and coffee maker | $100.00 | | $100.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

**Schedule A/B: Assets — Real and Personal Property**

| Debtor | **Advent Air Conditioning, Inc.** | Case number *(if known)* |
| | Name | |

---

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| | **$4,015.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 8:** Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2020 Ford Transit-350 Cutaway / VIN: 1FDSF6P83LKA61546 Lease** | unknown | | $0.00 |
| 47.2 **2020 Ford Transit-350 Cutaway / VIN: 1FDSF6P85LKA61547 Leased** | unknown | | $0.00 |
| 47.3 **2022 Ford Ranger / VIN: 1FTER1EH7NLD49050 Lease** | unknown | | $0.00 |
| 47.4 **2022 Ford Ranger / VIN: 1FTER1EH9NLD49065 Lease** | unknown | | $0.00 |
| 47.5 **2023 Ford Transit-350 Cargo / VIN: 1FTBW9C89PKA17777 Lease** | unknown | | $0.00 |
| 47.6 **2023 Ford Transit-350 Cargo / VIN: 1FTBW9C84PKA17847 Lease** | unknown | | $0.00 |
| 47.7 **2023 Ford Transit-350 Cargo / VIN: 1FTBW9C81PKB29358 Lease** | unknown | | $0.00 |
| 47.8 **2023 Ford Transit-350 Cargi / VIN: 1FTBW9C89PKB29236 Lease** | unknown | | $0.00 |
| 47.9 **2022 Acura MDX / VIN: 5J8YD9H33NL002603 Lease** | unknown | | $0.00 |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 **1991 LoadTrail Flatbed trailer** | $2,136.00 | | $2,136.00 |
| 48.2 **TA Enclosed Cargo Trailer FC7X14TA-73SF** | $4,975.00 | | $4,975.00 |
| 49. **Aircraft and accessories** | | | |
| 49.1 | | | |

Debtor    **Advent Air Conditioning, Inc.**
_____    Case number *(if known)* _____
Name

| | | |
|---|---|---|
| 49.2 _____ | _____ | _____ |

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| **2017 Hyundai 30LC-7S (Forklift)** | $4,500.00 | $4,500.00 |

**51.** **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.    $11,611.00

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 9:    Real property**

**54.** **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Warehouse /** 850 North Lake Dr.<br>**Coppell, TX 75019** | **Leasehold** | **unknown** | | $0.00 |
| 55.2 **Commercial Space /** 1560 E.<br>**Southlake Blvd. Southlake, TX 76092** | **Leasehold** | **unknown** | | $0.00 |

**56.** **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    $0.00

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

Debtor   **Advent Air Conditioning, Inc.**
         _____   Case number *(if known)* _____
         Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | _____ | _____ | _____ |
| 61.  **Internet domain names and websites** | | | |
| website www.adventair.com | $0.00 | estimated value | $100.00 |
| 62.  **Licenses, franchises, and royalties** | | | |
| _____ | _____ | _____ | _____ |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| Customer list | unknown | estimated value | $100.00 |
| 64.  **Other intangibles, or intellectual property** | | | |
| _____ | _____ | _____ | _____ |
| 65.  **Goodwill** | | | |
| _____ | _____ | _____ | _____ |

| 66.  **Total of Part 10** | | |
|---|---|---|
| Add lines 60 through 65. Copy the total to line 89. | | $200.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

| _____ | _____ – | _____ ➡ | _____ |
|---|---|---|---|
| | Total face amount | doubtful or uncollectible amount | |

Debtor   **Advent Air Conditioning, Inc.**

Name

Case number *(if known)*

---

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

Tax year _____

Tax year _____

Tax year _____

73. **Interests in insurance policies or annuities**

**Progressive General Liability and Vehicle Insurance**                                    **$0.00**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Nature of claim**

**Amount requested**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Nature of claim**

**Amount requested**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.                                    **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor   **Advent Air Conditioning, Inc.** _____   Case number *(if known)* _____
        Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $32,422.74 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $7,445.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $87,292.27 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,015.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $11,611.00 | |
| 88. **Real property.** *Copy line 56, Part 9*........................................➡ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $200.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column*...........................91a. | $142,986.01 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................................................. $142,986.01

Fill in this information to identify the case:

Debtor name **Advent Air Conditioning, Inc.**

United States Bankruptcy Court for the: **Northern** District of **Texas**

(State)

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| **Part 1:** | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1** **Creditor's name**
_____

**Creditor's mailing address**
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

**Describe debtor's property that is subject to a lien**
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** _____

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>**Advent Air Conditioning, Inc.**</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>**Northern District of Texas**</td></tr>
<tr><td colspan="2">Case number (if known):</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims          **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br><br>Denton County Tax<br>Assessor/Collector<br><br>PO Box 90223<br><br>Denton, TX 76202<br><br>Date or dates debt was incurred<br><br><br>Last 4 digits of account number  **3   D   E   N**<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)  **(8)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the Claim:<br>**Personal Property Taxes**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $13,563.77 | $13,563.77 |
| **2.2** Priority creditor's name and mailing address<br><br>Texas Comptroller of Public<br>Accounts<br><br>Lyndon B. Johnson State Office<br>Building<br><br>111 East 17th Street<br><br>Austin, TX 78774<br><br>Date or dates debt was incurred<br><br><br>Last 4 digits of account number  **9   4   9   5**<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)  **(8)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the Claim:<br>**Franchise or Sales Tax**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $21,555.67 | $21,555.67 |

| Debtor | **Advent Air Conditioning, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 1:** Additional Page

---

**2.3** Priority creditor's name and mailing address

**Texas Comptroller of Public Accounts**

**Lyndon B. Johnson State Office Building**

**111 East 17th Street**

**Austin, TX 78774**

Date or dates debt was incurred

_____

Last 4 digits of account
number **9   4   9   5**

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

**Franchise Tax**

Is the claim subject to offset?
☑ No
☐ Yes

$55.13            $55.13

---

**2.4** Priority creditor's name and mailing address

**Texas Comptroller of Public Accounts**

**Lyndon B. Johnson State Office Building**

**111 East 17th Street**

**Austin, TX 78774**

Date or dates debt was incurred

_____

Last 4 digits of account
number **3   2   5   9**

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

**Sales tax**

Is the claim subject to offset?
☑ No
☐ Yes

$4,938.62            $4,938.62

---

| Debtor | **Advent Air Conditioning, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $35,678.42 |
|---|---|---|---|
| | **Acuity Insurance** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **2800 S. Taylor Dr.** | ☐ Unliquidated | |
| | **Sheboygan, WI 53081** | ☐ Disputed | |
| | | Basis for the claim:  **Insurance** | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | Last 4 digits of account number   **6  5  9  8** | ☑ No | |
| | | ☐ Yes | |

| **3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,934.64 |
|---|---|---|---|
| | **Air Gas** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **896 S. Mill St** | ☐ Unliquidated | |
| | **Lewisville, TX 75057** | ☐ Disputed | |
| | | Basis for the claim:  **Vendor** | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | Last 4 digits of account number   **8  5  0  9** | ☑ No | |
| | | ☐ Yes | |

| **3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,689.53 |
|---|---|---|---|
| | **Baker Supply** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **884 N Mill St** | ☐ Unliquidated | |
| | **Lewisville, TX 75057** | ☐ Disputed | |
| | | Basis for the claim:  **Vendor** | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | Last 4 digits of account number   **2  0  9  2** | ☑ No | |
| | | ☐ Yes | |

| **3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,749.04 |
|---|---|---|---|
| | **Bank of America** | *Check all that apply.* | |
| | **Business Card** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **PO Box 15796** | ☐ Disputed | |
| | **Wilmington, DE 19886** | Basis for the claim:  **Credit Card** | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | Last 4 digits of account number   **5  2  8  8** | ☑ No | |
| | | ☐ Yes | |

Debtor    **Advent Air Conditioning, Inc.**

Name

Case number *(if known)*

---

**Part 2:** Additional Page

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $182,314.14

**BlueVine Capital Inc.**

**401 Warren St. 300**

**Redwood City, CA 94063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Line of Credit**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,667.00

**Bryson Dechambeau**

**3079 Parr Lane**

**Grapevine, TX 76051**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Maintenance Contract**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $115,981.66

**Carrier Enterprise, LLC**

**PO Box 730246**

**Dallas, TX 75373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Date or dates debt was incurred _____

Last 4 digits of account number _3_ _2_ _6_ _7_

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $86,343.67

**Chase Credit Card**

**PO Box 6294**

**Carol Stream, IL 60197**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Date or dates debt was incurred _____

Last 4 digits of account number _9_ _1_ _1_ _9_

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Advent Air Conditioning, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.9** | Nonpriority creditor's name and mailing address

**Corporate Turnaround**

**95 State Rte 17**

**Paramus, NJ 07652**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.10** | Nonpriority creditor's name and mailing address

**De Lage Landen Financial Services, Inc.**

**for Toshiba Financial Services**

**PO Box 41602**

**Philadelphia, PA 19101**

Date or dates debt was incurred

Last 4 digits of account number   **8   7   3   2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$920.88

---

**3.11** | Nonpriority creditor's name and mailing address

**Enterprise Fleet**

**4201 State Hwy 161, Ste. 110**

**Irving, TX 75038**

Date or dates debt was incurred

Last 4 digits of account number   **8   0   7   5**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Truck Fleet Lease**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$60,819.54

---

**3.12** | Nonpriority creditor's name and mailing address

**Fora Financial**

**1385 Broadway 15th Floor**

**10018**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Merchant Cash Advance**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$118,560.00

---

Debtor   **Advent Air Conditioning, Inc.**
         Name                                                          Case number *(if known)* _____

---

**Part 2:** Additional Page

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,901.60 |
|---|---|---|---|

**FundBox**

**PO Box 888297**

**San Francisco, CA 94104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Line of Credit**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.14 | Nonpriority creditor's name and mailing address | | $1,511.07 |

**Home Depot Credit Services**

**PO Box 78011**

**Phoenix, AZ 85062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   5  7  0  2

---

| 3.15 | Nonpriority creditor's name and mailing address | | $116,732.08 |

**Lawrence Funding Group**

**6500 W. 65th St., Unit 204**

**Chicago, IL 60638**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchant Cash Advance**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.16 | Nonpriority creditor's name and mailing address | | $138,000.00 |

**Millstone Funding**

**101 Sin St.**

**Amityville, NY 11701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchant Cash Advance**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| Debtor | **Advent Air Conditioning, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.17** | **Nonpriority creditor's name and mailing address**

**Nationwide Inbound**

**50 W. Douglas St., Ste. 1200**

**Freeport, IL 61032**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,005.16

---

**3.18** | **Nonpriority creditor's name and mailing address**

**Outbound 360**

**1703 Cross Creek Ln**

**Cleburne, TX 76033**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,667.00

---

**3.19** | **Nonpriority creditor's name and mailing address**

**Profit Matters**

**1090 Texan Trl**

**Grapevine, TX 76051**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Accounting Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,628.15

---

**3.20** | **Nonpriority creditor's name and mailing address**

**Progressive County Mutual Ins. Co.**

**PO Box 94739**

**Cleveland, OH 44101**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Insurance-Fleet**
**Basis for the claim:**  **Leased Vehicles**

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,249.50

---

| Debtor | **Advent Air Conditioning, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.21** Nonpriority creditor's name and mailing address

**Rowan Advance**

**69 Marshall Dr.**

**Edison, NJ 08817**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Merchant Cash Advance**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$81,764.00

---

**3.22** Nonpriority creditor's name and mailing address

**Shearer Supply**

**2055 Luna Rd., Ste 182**

**Carrollton, TX 75006**

Date or dates debt was incurred _____

Last 4 digits of account number  **3  1  7  5**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$70,453.62

---

**3.23** Nonpriority creditor's name and mailing address

**Truistbank**

**PO Box 849**

**Wilson, NC 27894**

Date or dates debt was incurred _____

Last 4 digits of account number  **2  1  6  6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$25,020.21

---

**3.24** Nonpriority creditor's name and mailing address

**Unifirst**

**920 Minters Chapel Rd.**

**Grapevine, TX 76051**

Date or dates debt was incurred _____

Last 4 digits of account number  **5  6  1  0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,357.75

---

| Debtor | **Advent Air Conditioning, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $34,877.21 |
|---|---|---|---|

**US Bank**

**PO Box 790408**

**Saint Louis, MO 63179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: **Credit Card**

Last 4 digits of account number  **5  4  7  1**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $24,841.41 |
|---|---|---|---|

**VariSpace Southlake**

**1900 W. Kirkwood Blvd.**

**Southlake, TX 76092**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred _____

Basis for the claim: **Lease agreement**

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $90,307.44 |
|---|---|---|---|

**Wells Fargo Business**

**PO Box 29482**

**Phoenix, AZ 85038**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: **Line of Credit**

Last 4 digits of account number  **8  3  7  6**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $24,730.15 |
|---|---|---|---|

**Win Supply of Dallas**

**1445 W Belt Line Rd., Ste 100**

**Carrollton, TX 75006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: **Vendor**

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Advent Air Conditioning, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | **$40,113.19** |
| 5b. **Total claims from Part 2** | 5b. **+** | **$1,293,704.87** |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$1,333,818.06** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Advent Air Conditioning, Inc.** |
| United States Bankruptcy Court for the: | **Northern** District of **Texas** |
| | (State) |
| Case number (If known): | Chapter **11** |

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1.    Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2.** | **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Insurance** | **Acuity Insurance** |
| | | | **2800 S. Taylor Dr.** |
| | State the term remaining | **0 months** | **Sheboygan, WI 53081** |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **HVAC Maintenance contract** | **Bryce Huntt** |
| | | | **Finemark Bank** |
| | State the term remaining | **0 months** | **3079 Parr Lane** |
| | List the contract number of any government contract | | **Grapevine, TX 76051** |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **Warehouse lease space** | **CubeWork-Coppell** |
| | | | **850 N. Lake Dr.** |
| | State the term remaining | **0 months** | **Coppell, TX 75019** |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | **Truck fleet lease** | **Enterprise Fleet** |
| | | | **4201 State Hwy 161, Ste. 110** |
| | State the term remaining | **0 months** | **Irving, TX 75038** |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | **Uniform rental** | **Unifirst** |
| | | | **920 Minters Chapel Rd.** |
| | State the term remaining | **0 months** | **Grapevine, TX 76051** |
| | List the contract number of any government contract | | |

Debtor    **Advent Air Conditioning, Inc.**                                          Case number (if known) _____
          Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.6** | **State what the contract or lease is for and the nature of the debtor's interest** | **Former office space lease** | **VariSpace Southlake** |
| | | | **1900 W. Kirkwood Blvd.** |
| | **State the term remaining** | **0 months** | **Southlake, TX 76092** |
| | **List the contract number of any government contract** | | |

Fill in this information to identify the case:

Debtor name __**Advent Air Conditioning, Inc.**__

United States Bankruptcy Court for the: __**Northern**__ District of __**Texas**__
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                                                12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively.
Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,
   Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the
   creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 **Jared Douglas** | **1104 Parkdale Dr.** <br> Street | **Win Supply of Dallas** | ☐ D ☑ E/F ☐ G |
| | **Argyle, TX 76226** <br> City  State  ZIP Code | **Carrier Enterprise, LLC** | ☐ D ☑ E/F ☐ G |
| | | **Chase Credit Card** | ☐ D ☑ E/F ☐ G |
| | | **Truistbank** | ☐ D ☑ E/F ☐ G |
| | | **US Bank** | ☐ D ☑ E/F ☐ G |
| | | **Bank of America** | ☐ D ☑ E/F ☐ G |
| | | **VariSpace Southlake** | ☐ D ☑ E/F ☐ G |
| | | **Enterprise Fleet** | ☐ D ☑ E/F ☐ G |
| | | **Shearer Supply** | ☐ D ☑ E/F ☐ G |

| Debtor | **Advent Air Conditioning, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| | | **Fora Financial** | ☐ D  ☑ E/F  ☐ G |
| | | **Lawrence Funding Group** | ☐ D  ☑ E/F  ☐ G |
| | | **Millstone Funding** | ☐ D  ☑ E/F  ☐ G |
| | | **Rowan Advance** | ☐ D  ☑ E/F  ☐ G |
| | | **BlueVine Capital Inc.** | ☐ D  ☑ E/F  ☐ G |

2.2

Street

City    State    ZIP Code

☐ D
☐ E/F
☐ G

2.3

Street

City    State    ZIP Code

☐ D
☐ E/F
☐ G

2.4

Street

City    State    ZIP Code

☐ D
☐ E/F
☐ G

2.5

Street

City    State    ZIP Code

☐ D
☐ E/F
☐ G

Debtor    **Advent Air Conditioning, Inc.**                  Case number (if known) _____
        Name

### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.6 | _____ | Street _____ <br> _____ <br><br> City     State     ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |

Fill in this information to identify the case:

Debtor name **Advent Air Conditioning, Inc.**

United States Bankruptcy Court for the:
**Northern District of Texas**

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          12/15

**Part 1:**  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*.................................................................................... | **$0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................. | **$142,986.01**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................... | **$142,986.01**

**Part 2:**  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | **$0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................... | **$40,113.19**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................... | **+  $1,293,704.87**

4. **Total liabilities**.................................................................................................................... | **$1,333,818.06**
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name      **Advent Air Conditioning, Inc.**

United States Bankruptcy Court for the:

     **Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From **01/01/2025** to   Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$642,950.70** |
| **For prior year:**   From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$2,731,412.63** |
| **For the year before that:**   From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$5,050,605.69** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From **01/01/2025** to   Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:**   From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:**   From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |

Debtor _____Advent Air Conditioning, Inc._____
Name

Case 25-41696-mxm11   Doc 1   Filed 05/09/25   Entered 05/09/25 15:23:52   Desc Main
Document   Page 33 of 52   Case number *(if known)* _____

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❏ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |
| 3.1.  **CubeWork-Coppell**<br>Creditor's name<br>**850 N. Lake Dr.**<br>Street<br><br>**Coppell, TX 75019**<br>City            State      ZIP Code | **05/02/2025**<br><br>**04/01/2025**<br><br>**03/31/2025**<br><br>**02/28/2025** | **$11,167.50** | ❏ Secured debt<br>❏ Unsecured loan repayments<br>❏ Suppliers or vendors<br>❏ Services<br>☑ Other **Warehouse lease** |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❏ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| --- | --- | --- | --- |
| 4.1.  **Jared Douglas**<br>Creditor's name<br>**1104 Parkdale Dr.**<br>Street<br><br>**Argyle, TX 76226**<br>City            State      ZIP Code | **2024/2025-See Supplemental Document 2**<br><br>**Total 2024 Income per W-2** | **$391,559.25** | **Wages-See Supplemental Document 2** |
| Relationship to debtor<br>**Owner** | | | |
| 4.2.  **Michael Douglas**<br>Creditor's name<br>**6375 Faught Rd.**<br>Street<br><br>**Argyle, TX 76226**<br>City            State      ZIP Code | **2024 Wages per W-2** | **$6,182.39** | **Wages** |
| Relationship to debtor<br>**Previous owner & License Holder** | | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br> City    State    ZIP Code | _____ | _____ | _____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br> City    State    ZIP Code | _____ <br><br> XXXX– __ __ __ __ | _____ | _____ |

**Part 3: Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **B.A.D., as Trustee of Skyline Oaks Trust v Advent Air Conditioning , Inc., et al** | **Breach of contract** | **67th District Court-Tarrant County** <br> Name <br> **100 N. Calhoun** <br> Street <br><br> **Fort Worth, TX 76196** <br> City   State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> **067-360707-25** | | | |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Carrier Enterprises LLC v Advent Air Conditioning, Inc. and Jared Douglas** | **Breach of Contract** | **County Court at Law no. 2 of Denton County, TX**<br>Name<br><br>**1450 E McKinney St**<br>Street | ☑ Pending<br><br>☐ On appeal<br><br>☐ Concluded |
| | **Case number**<br><br>**CV-2025-01540** | | **Denton, TX 76209**<br>City    State    ZIP Code | |

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Lawrence Funding Group Inc. v Advent Air Conditioning, Inc. and Jared Douglas** | **Breach of contract** | **County Court at Law no. 2 of Denton County, TX**<br>Name<br><br>**1450 E McKinney St**<br>Street | ☐ Pending<br><br>☐ On appeal<br><br>☑ Concluded |
| | **Case number**<br><br>**CV-2025-00827** | | **Denton, TX 76209**<br>City    State    ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name | | |
| | | **Case title** | **Court name and address** |
| | Street | | Name |
| | | **Case number** | Street |
| | City    State    ZIP Code | | |
| | | **Date of order or assignment** | City    State    ZIP Code |

**Part 4:** Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

Debtor   **Advent Air Conditioning, Inc.** _____   Case number *(if known)* _____

Name

| 9.1. Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Recipient's name

_____

Street

_____

_____

City                    State      ZIP Code

**Recipient's relationship to debtor**

_____

---

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

❏ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. **2023 Ford Transit-350 cargo fan, EFM unit, unit # 27H95Z, rear ended-total loss** | **Leased vehicle, no value given to debtor** | **November 2024** | **$41,577.00** |

---

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❏ None

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **Norred Law, PLLC** | **Attorney's Fee** | **02/24/2025** | **$15,000.00** |

**Address**

**515 E. Border**

Street

**Norred Law, PLLC**

**Arlington, TX 76010**

City                    State      ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

---

Debtor   Advent Air Conditioning, Inc.                              Case number *(if known)*
         Name

| 11.2. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Corporate Turnaround | | 2024 | $56,000.00 |
| | Address | | | |
| | 95 State Route 17 | | | |
| | Street | | | |
| | Paramus, NJ 07652 | | | |
| | City          State     ZIP Code | | | |
| | Email or website address | | | |
| | | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Trustee | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

Debtor   **Advent Air Conditioning, Inc.**                                    Case number *(if known)*
         Name

| 13.1. Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Address**

Street

City                    State      ZIP Code

**Relationship to debtor**

---

**Part 7:**  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | Dates of occupancy |
|---|---|---|

14.1. **500 S. Kealy Ave**
      Street                                              From  **1989**   To  **2024**

      **Lewisville, TX 75057**
      City                    State      ZIP Code

14.1. **1900 W. Kirkwood Blvd**
      Street                                              From  **05/15/2024**   To  **02/20/2025**

      **Southlake, TX 76092**
      City                    State      ZIP Code

---

**Part 8:**  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

Debtor  **Advent Air Conditioning, Inc.**    Case number *(if known)*
Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | _____ | _____ |
| _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ City          State    ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

---

**Part 9:    Personally Identifiable Information**

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Voya** | EIN: **7 5 – 1 9 3 5 9 4 9** |

Has the plan been terminated?

☑ No

☐ Yes

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1  **JP Morgan Chase** Name **PO Box 182051** Street _____ **Columbus, OH 43218** City          State    ZIP Code | XXXX– **5 9 5 2** | ☑ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other _____ | **09/03/2024** | **$98.12** |

| 18.2 | **JP Morgan Chase** | XXXX–**5 9 6 0** | ☑ Checking | **09/03/2024** | **$8.73** |
| | Name | | ☐ Savings | | |
| | **PO Box 182051** | | ☐ Money market | | |
| | Street | | ☐ Brokerage | | |
| | | | ☐ Other | | |
| | **Columbus, OH 43218** | | | | |
| | City    State    ZIP Code | | | | |

| 18.3 | **JP Morgan Chase** | XXXX–**2 0 1 1** | ☐ Checking | **09/03/2024** | **$21.22** |
| | Name | | ☐ Savings | | |
| | **PO Box 182051** | | ☑ Money market | | |
| | Street | | ☐ Brokerage | | |
| | | | ☐ Other | | |
| | **Columbus, OH 43218** | | | | |
| | City    State    ZIP Code | | | | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City    State    ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City    State    ZIP Code | | | |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

Case 25-41696-mxm11   Doc 1   Filed 05/09/25   Entered 05/09/25 15:23:52   Desc Main
                              Document      Page 41 of 52

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | |
| Street | | | |
| City          State    ZIP Code | | | |

---

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- _Environmental law_ means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- _Site_ means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- _Hazardous material_ means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending |
| **Case number** | Street | | ☐ On appeal |
| | | | ☐ Concluded |
| | City          State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

Debtor
**Advent Air Conditioning, Inc.**
Name

Case 25-41696-mxm11    Doc 1    Filed 05/09/25    Entered 05/09/25 15:23:52    Desc Main
Document    Page 42 of 52    Case number *(if known)* _____

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

Name _____    Name _____    _____    _____

Street _____    Street _____    _____

_____    _____    _____

City        State    ZIP Code    City        State    ZIP Code

---

## Part 13:  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____ | _____ | EIN:  __ __ – __ __ __ __ __ __ __ |
| Name _____ | | **Dates business existed** |
| Street _____ | | From _____  To _____ |
| _____ | | |
| City    State    ZIP Code | | |

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Profit Matters**<br>Name<br>**1090 Texan Trl.**<br>Street<br><br>**Grapevine, TX 76051**<br>City        State        ZIP Code | From **2023**    To **2025** |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **Profit Matters**<br>Name<br>**1090 Texan Trl**<br>Street<br><br>**Grapevine, TX 76051**<br>City        State        ZIP Code | From _____    To _____ |

Debtor    **Advent Air Conditioning, Inc.**                                        Case number *(if known)* _____
          Name

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| _____ | _____ |
| Name | _____ |
| _____ | |
| Street | |
| _____ | |
| _____ | |
| City                State            ZIP Code | |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. |
| _____ |
| Name |
| _____ |
| Street |
| _____ |
| _____ |
| City                State            ZIP Code |

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | _____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| _____ |
| Name |
| _____ |
| Street |
| _____ |
| _____ |
| City                State            ZIP Code |

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jared Doulas** | **1104 Parkdale Dr Argyle, TX 76226** | **President, Owner** | **100.00%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Michael Douglas | 6375 Faught Rd. Argyle, TX 76226 | Owner/CEO , | From 11/1/1981   To 12/3.1/2021 |
| Michael Douglas | 6375 Faught Rd. Argyle, TX 76226 | Consultant, | From 1/1/2022   To Present |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | | | |
| Name | | | |
| Street | | | |
| City    State    ZIP Code | | | |
| Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**Part 14:**   Signature and Declaration

Debtor    **Advent Air Conditioning, Inc.**                                          Case number *(if known)* _____
          Name

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **05/09/2025**
              MM/ DD/ YYYY

**X** **/s/ Jared Douglas**                          Printed name        **Jared Douglas**
      Signature of individual signing on behalf of the debtor

      Position or relationship to debtor        **Owner/CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

Fill in this information to identify the case:

Debtor name _____ **Advent Air Conditioning, Inc.** _____

United States Bankruptcy Court for the:

_____ **Northern District of Texas** _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | BlueVine Capital Inc. 401 Warren St. 300 Redwood City, CA 94063 | | Line of Credit | | | | $182,314.14 |
| 2 | Millstone Funding 101 Sin St. Amityville, NY 11701 | | Merchant Cash Advance | | | | $138,000.00 |
| 3 | Fora Financial 1385 Broadway 15th Floor , 10018 | | Merchant Cash Advance | | | | $118,560.00 |
| 4 | Lawrence Funding Group 6500 W. 65th St., Unit 204 Chicago, IL 60638 | | Merchant Cash Advance | | | | $116,732.08 |
| 5 | Carrier Enterprise, LLC PO Box 730246 Dallas, TX 75373 | | Vendor | | | | $115,981.66 |
| 6 | Wells Fargo Business PO Box 29482 Phoenix, AZ 85038 | | Line of Credit | | | | $90,307.44 |
| 7 | Chase Credit Card PO Box 6294 Carol Stream, IL 60197 | | Credit Card | | | | $86,343.67 |
| 8 | Rowan Advance 69 Marshall Dr. Edison, NJ 08817 | | Merchant Cash Advance | | | | $81,764.00 |

| Debtor | **Advent Air Conditioning, Inc.** | | | Case number *(if known)* | | |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| 9  Shearer Supply<br>2055 Luna Rd., Ste 182<br>Carrollton, TX 75006 | | Vendor | | | | $70,453.62 |
| 10  Enterprise Fleet<br>4201 State Hwy 161, Ste. 110<br>Irving, TX 75038 | | Truck Fleet Lease | | | | $60,819.54 |
| 11  Acuity Insurance<br>2800 S. Taylor Dr.<br>Sheboygan, WI 53081 | | Insurance | | | | $35,678.42 |
| 12  US Bank<br>PO Box 790408<br>Saint Louis, MO 63179 | | Credit Card | | | | $34,877.21 |
| 13  Truistbank<br>PO Box 849<br>Wilson, NC 27894 | | Credit Card | | | | $25,020.21 |
| 14  VariSpace Southlake<br>1900 W. Kirkwood Blvd.<br>Southlake, TX 76092 | | Lease agreement | Disputed | | | $24,841.41 |
| 15  Win Supply of Dallas<br>1445 W Belt Line Rd., Ste 100<br>Carrollton, TX 75006 | | Vendor | | | | $24,730.15 |
| 16  Bryson Dechambeau<br>3079 Parr Lane<br>Grapevine, TX 76051 | | Maintenance Contract | | | | $23,667.00 |
| 17  Texas Comptroller of Public Accounts<br>Lyndon B. Johnson State Office Building<br>111 East 17th Street<br>Austin, TX 78774 | | Franchise or Sales Tax | | | | $21,555.67 |
| 18  Progressive County Mutual Ins. Co.<br>PO Box 94739<br>Cleveland, OH 44101 | | Insurance-Fleet Leased Vehicles | | | | $15,249.50 |
| 19  Bank of America<br>Business Card<br>PO Box 15796<br>Wilmington, DE 19886 | | Credit Card | | | | $13,749.04 |
| 20  Denton County Tax Assessor/Collector<br>PO Box 90223<br>Denton, TX 76202 | | Personal Property Taxes | | | | $13,563.77 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Texas

**In re**    Advent Air Conditioning, Inc.

Case No. _____

**Debtor**                                     Chapter _____ **11** _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................................................... **$15,000.00**

   Prior to the filing of this statement I have received ................................................................. **$15,000.00**

   Balance Due ...................................................................................................................... **$0.00**

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| __05/09/2025__ | __/s/ Clayton L. Everett__ |
|---|---|
| *Date* | Clayton L. Everett |
| | *Signature of Attorney* |

Bar Number: 24065212
Norred Law, PLLC
Norred Law, PLLC
515 E. Border
Arlington, TX 76010
Phone: (817) 704-3984

__Norred Law, PLLC__

*Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Advent Air Conditioning, Inc.**                                        CASE NO

                                                                               CHAPTER **11**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   __**05/09/2025**__          Signature _____**/s/ Jared Douglas**_____

                                                                   Jared Douglas , Owner/CEO

Acuity Insurance
2800 S. Taylor Dr.
Sheboygan, WI 53081

Air Gas
896 S. Mill St
Lewisville, TX 75057

Attorney General
Main Justice Bldg, Room 5111
10th & Constitution Ave., N.W.
Washington, DC 20530

Baker Supply
884 N Mill St
Lewisville, TX 75057

Bank of America
Business Card
PO Box 15796
Wilmington, DE 19886

BlueVine Capital Inc.
401 Warren St. 300
Redwood City, CA 94063

Brackett & Ellis
100 Main St.
Fort Worth, TX 76102

Bryce Huntt
Finemark Bank
3079 Parr Lane
Grapevine, TX 76051

Bryson Dechambeau
3079 Parr Lane
Grapevine, TX 76051

Carrier Enterprise, LLC
PO Box 730246
Dallas, TX 75373

Chase Credit Card
PO Box 6294
Carol Stream, IL 60197

Corporate Turnaround
95 State Rte 17
Paramus, NJ 07652

CubeWork-Coppell
850 N. Lake Dr.
Coppell, TX 75019

De Lage Landen Financial
Services, Inc.
for Toshiba Financial Services
PO Box 41602
Philadelphia, PA 19101

Denton County Tax
Assessor/Collector
PO Box 90223
Denton, TX 76202

Enterprise Fleet
4201 State Hwy 161, Ste. 110
Irving, TX 75038

Fora Financial
1385 Broadway 15th Floor
10018

FundBox
PO Box 888297
San Francisco, CA 94104

Home Depot Credit Services
PO Box 78011
Phoenix, AZ 85062

IRS
Special Procedures-Insolvency
PO Box 7346
Philadelphia, PA 19101

Jared Douglas
1104 Parkdale Dr.
Argyle, TX 76226

Lawrence Funding Group
6500 W. 65th St., Unit 204
Chicago, IL 60638

LGBS
100 Throckmorton St # 300
Fort Worth, TX 76102

LGBS-Dallas
2777 N Stemmons Fwy Suite 1000
Dallas, TX 75207

Millstone Funding
101 Sin St.
Amityville, NY 11701

Nationwide Inbound
50 W. Douglas St., Ste. 1200
Freeport, IL 61032

Outbound 360
1703 Cross Creek Ln
Cleburne, TX 76033

Perdue Brandon Fielder
Collins and Mott LLP
500 E. Border #640
Arlington, TX 76010

Profit Matters
1090 Texan Trl
Grapevine, TX 76051

Progressive County Mutual
Ins. Co.
PO Box 94739
Cleveland, OH 44101

Rick Barnes-Tax Assessor
100 E. Weatherford Street
Fort Worth, TX 76196

Rowan Advance
69 Marshall Dr.
Edison, NJ 08817

Shearer Supply
2055 Luna Rd., Ste 182
Carrollton, TX 75006

State Comptroller
Revenue Accounting Division
PO Box 13528
Austin, TX 78711

Tax Division-US Department
of Justice
717 N. Harwood, Ste. 400
Dallas, TX 75201

Texas Alcoholic Bev. Comm.
Licenses and Permits Division
PO Box 13127
Austin, TX 78711

Texas Attorney General
BK-Collections Division
PO Box 12548
Austin, TX 78711

Texas Comptroller of Public
Accounts
Lyndon B. Johnson State Office Building
111 East 17th Street
Austin, TX 78774

Texas Workforce Comm.
TEC Building-Bankruptcy
101 E. 15th Street
Austin, TX 78778

Truistbank
PO Box 849
Wilson, NC 27894

U.S. Attorney-North
3rd. Floor, 1100 Commerce St.
Dallas, TX 75242

U.S. Trustee
1100 Commerce St., Rm 976
Dallas, TX 75242

Unifirst
920 Minters Chapel Rd.
Grapevine, TX 76051

US Bank
PO Box 790408
Saint Louis, MO 63179

VariSpace Southlake
1900 W. Kirkwood Blvd.
Southlake, TX 76092

Wells Fargo Business
PO Box 29482
Phoenix, AZ 85038

Win Supply of Dallas
1445 W Belt Line Rd., Ste 100
Carrollton, TX 75006