IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ADVENT AIR CONDITIONING, INC., | § | Case No.25-41696-mxm11 |
| | § | Chapter 11 |
| *Debtor.* | § | |
| | § | |

## **<u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS</u>**

TO THE HONORABLE COURT AND ALL PARTIES:

Now come B.A.D. as Trustee of Skyline Oaks Trust and files this *Notice of Appearance and Request for Service of Papers* and, in support thereof, would respectfully show unto the Court as follows:

1. On May 12, 2025, Debtor filed a suggestion of bankruptcy in Cause No. 67-36070-25 pending in the 67th District Court of Tarrant County following the voluntary petition for relief under Chapter 11 of the Bankruptcy Code filed by Debtor.

2. B.A.D. as trustee of the Skyline Oak Trust had a pending lawsuit and arbitration against Debtor a the time of the Chapter 11 Filing.

3. B.A.D. as trustee of the Skyline Oak Trust requests that all notices given or required to be given in the above captioned case(s), and all papers served or required to be served in the above-styled case(s), also be given to and served, whether electronically or otherwise, upon:

Van Shaw
Beau Powell
David Welch
SHAW WELCH POWELL
2723 Fairmount Street
Dallas, TX 75201

<u>Notice of Appearance and Request for Service of Papers</u> – Page 1 of 2

Telephone:  214/754-7110
Facsimile:  214/754-7115
E-Mail:        van@shawlaw.net
                  beau@shawlaw.net
                  david@shawlaw.net

Respectfully submitted,

/s/ David Welch

_____
EVAN LANE (VAN) SHAW
State Bar No. 18140500
JEREMY B. (BEAU) POWELL
State Bar No. 24099163
DAVID J. WELCH
State Bar No. 24098593
SHAW WELCH POWELL
2723 Fairmount
Dallas, Texas 75201
(214) 754-7110
FAX NO. (214) 754-7115
van@shawlaw.net
beau@shawlaw.net
david@shawlaw.net

ATTORNEYS  FOR  B.A.D.  AS  TRUSTEE  OF
SKYLINE OAKS TRUST

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause in accordance with the Rules of Civil Procedure, on this 13th day of May 2025.

/s/ David Welch_____
DAVID JAMES WELCH