United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| **In re:**<br>**Advent Air Conditioning, Inc.**<br>  1560 E. Southlake Blvd.<br>  Southlake, TX 76092<br>  EIN: 75-1935949<br><br>**Debtor** | Case No. 25-41696-mxm11<br><br>Chapter 11<br><br>[Subchapter V Case] |

## ORDER GRANTING DEBTOR'S MOTION TO DISMISS

On this date, the Court considered the Debtor's Motion to Dismiss Chapter 11 Case Pursuant to 11 U.S.C. § 1112(b) (the "Motion"). The Court, having considered the Motion, the record in this case, and the applicable law, finds that cause exists and that dismissal, rather than conversion, is in the best interests of creditors and the estate:

1. The Motion is GRANTED.

2. This Chapter 11 case is DISMISSED pursuant to 11 U.S.C. § 1112(b), subject to the conditions set forth herein.

3. As a condition of dismissal, the Debtor shall pay all outstanding Subchapter V trustee fees and any allowed administrative expenses incurred through the date of dismissal.

4. The case shall remain open for a limited administrative period solely to permit the Subchapter V trustee to file a final application for compensation, to allow the Court to consider and approve that application, and to enable the entry of an order formally discharging the Subchapter V trustee.

5. Upon approval of the Subchapter V trustee's final compensation and entry of an order discharging the trustee, the Clerk shall close the case without further order of the Court.

6. Dismissal is without prejudice to the rights of any party in interest, except as expressly provided in this Order.

**# # # END OF ORDER # # #**

Approved as to form by:

Clayton L. Everett
State Bar No. 24065212
Norred Law, PLLC
515 E. Border St. | Arlington, Texas 76010
Telephone: (817) 704-3984
clayton@norredlaw.com
Counsel for the Debtor