Frances A. Smith
**Offit Kurman**
State Bar No. 24033084
700 N. Pearl Street, Suite 1610
Dallas, TX 75201
Phone: 214-377-7879
Fax: 214-377-9409
Email: frances.smith@offitkurman.com
**SUBCHAPTER V TRUSTEE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ADVENT AIR CONDITIONING, INC., | § | Case No. 25-41696-mxm11 |
| | § | |
| | § | CHAPTER 11 |
| | § | (Subchapter V) |
| Debtor. | § | |

## FEE APPLICATION COVER SHEET

Fee Application of: Frances A. Smith        Capacity: Subchapter V Trustee

Time Period: May 20, 2025 to January 23, 2026

Petition Filed: May 9, 2025

Date of Entry of Notice of Appointment of Subchapter V Trustee: May 20, 2025

Status of Case: On January 16, 2026, Debtor filed its *Motion to Dismiss Chapter 11 Case* [Dkt. No. 68] (the "Motion to Dismiss"). The deadline to respond to the Motion to Dismiss is February 6, 2026.

Amount Requested:                              Reductions:

| | | | |
|---|---|---|---|
| Fees: | $2,896.82 | Vol. Fee Reductions: | $0.00 |
| Expenses: | $54.84 | Vol. Expense Reductions | $0.00 |
| Total: | $2,951.66 | Total Reductions: | $0.00 |

| | | |
|---|---|---|
| Hourly Rates: | $475.00 (Trustee) | $175.00 (Paralegal) |
| Highest Rates: | $475.00 | |
| Hours Billed: | 9.43 | |
| Average: | $307.19 | |

Dated: February 6, 2026                        /s/ *Frances A. Smith*
                                               Subchapter V Trustee

TRUSTEE'S FIRST AND FINAL APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES                                               PAGE 1

Frances A. Smith
**Offit Kurman**
State Bar No. 24033084
700 N. Pearl Street, Suite 1610
Dallas, TX 75201
Phone: 214-377-7879
Fax: 214-377-9409
Email: frances.smith@offitkurman.com
**SUBCHAPTER V TRUSTEE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ADVENT AIR CONDITIONING, INC., | § | Case No. 25-41696-mxm11 |
| | § | |
| | § | CHAPTER 11 |
| | § | (Subchapter V) |
| Debtor. | § | |

**TRUSTEE'S FIRST AND FINAL APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 501 W. 10TH ST., RM 147, FORT WORTH, TX 76102 BEFORE CLOSE OF BUSINESS ON FEBRUARY 27, 2026, WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Frances A. Smith, the Subchapter V Trustee (the "Trustee") in the above-referenced case and files this *Trustee's First and Final Application for Compensation and*

*Reimbursement of Expenses* (the "Application") and in support thereof would respectfully show the Court as follows:

1. On May 9, 2025, (the "Petition Date"), Advent Air Conditioning, Inc. (the "Debtor") filed a petition for relief under Chapter 11 of the Bankruptcy Code and elected to proceed under Subchapter V [Dkt. 1].

2. As of the Petition Date, the Debtor's business consists of a commercial and residential HVAC contractor based in Southlake, Texas.

3. On May 20, 2025, Frances A. Smith was duly appointed as the Subchapter V trustee pursuant to 11 U.S.C. § 1183(a)(1) [Dkt. No. 26].

4. Following her appointment, the Trustee: reviewed the Debtor's Petition, Schedules and Statement of Financial Affairs; reviewed and monitored the docket; prepared for and attended the initial debtor interview and 341 meeting; reviewed the Plan and objections to the Plan; communicated with Debtor's counsel regarding the plan; reviewed the motion to dismiss case; and reviewed other documents and pleadings filed in the case.

5. Pursuant to 11 U.S.C. §§ 330 and 1194(a)(3), the Trustee is entitled to compensation for services rendered. Pursuant to the *Scheduling Order and Notice of Status Conference* entered May 14, 2025 [Dkt. 12] (the "Scheduling Order"), the Court ordered interim compensation to the Trustee of $1,000 per month by June 8, 2025, and continuing monthly thereafter. As of the filing of this Application and pursuant to the Scheduling Order the Trustee has been paid $615.09 pursuant to the Scheduling Order, which is held in the Trustee's firm's IOLTA account.

6. The Trustee now requests allowance of fees in the amount of **$2,896.82** as compensation for services rendered as the Subchapter V Trustee for the period shown on "Exhibit

A." The Trustee seeks reimbursement of actual and necessary expenses in the amount of **$54.84** incurred in carrying out her duties as Subchapter V Trustee during the applicable period.

WHEREFORE, PREMISES CONSIDERED, the Trustee respectfully requests that this Court enter an order (a) granting allowance of fees in the amount of **$2,896.82** and reimbursement of actual and necessary expenses in the amount of **$54.84** for a total compensation award of **$2,951.66**, (b) allowing the Trustee to apply the **$615.09** paid pursuant to the Scheduling Order toward any such allowed fees; (c) directing the Debtor to pay the outstanding amount withing (10) ten days of entry of this Order; and (d) for such other and further relief in law or in equity that may be just.

Dated: February 6, 2026                    Respectfully submitted,

**OFFIT KURMAN**

By:  /s/ *Frances A. Smith*
Frances A. Smith
State Bar No. 24033084
700 N. Pearl Street, Suite 1610
Dallas, TX 75201
Phone: 214-377-7879
Fax: 214-377-9409
Email: frances.smith@offitkurman.com
**SUBCHAPTER V TRUSTEE**

## CERTIFICATION

I hereby certify that I have read the foregoing Application and to the best of my knowledge and upon information and belief, and after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with the U.S. Trustee guidelines, except as specifically noted in this Application. The compensation and expense reimbursement requested are hereby billed at rates, in accordance with practices, no less favorable than those customarily employed by this applicant and generally accepted by the applicant's clients for matters of this type.

                              /s/ *Frances A. Smith*
                              Frances A. Smith

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above and foregoing instrument has been served electronically via the Court's ECF noticing system and/or U.S. mail upon the parties listed on the attached Master Service List as indicated on February 6, 2026.

                                                  /s/*Frances A. Smith*
                                                  Frances A. Smith

# Master Service List
## Advent Air Conditioning, Inc.
## Case No. 25-41696

**_Debtor:_**
Advent Air Conditioning, Inc.
1560 E. Southlake Blvd.
Southlake, TX 76092
**Served via U.S. mail**

**_Debtor's Counsel:_**
Warren V. Norred
Norred Law PLLC
515 E. Border Street
Arlington, TX 76010
817-704-3984
Fax : 817-524-6686
Email: warren@norredlaw.com
**Served via ECF**

**_U.S. Trustee:_**
Susan B. Hersh
1100 Commerce Street, Room 976
Dallas, TX 75202
Phone: 214-767-8967
Email: susan.hersh@usdoj.gov
**Served via ECF**

**_Subchapter V Trustee:_**
Frances A. Smith
Ross & Smith, PC
700 N. Pearl Street, Suite 1610
Dallas, TX 75201
Phone: 214-377-7879
Email: frances.smith@ross-and-smith.com
**Served via ECF**

**_20 Largest Unsecured Creditors:_**
BlueVine Capital Inc.
401 Warren St. 300
Redwood City, CA 94063
**Served via U.S. mail**

Lawrence Funding Group
6500 W. 65th St., Unit 204
Chicago, IL 60638
**Served via U.S. mail**

Wells Fargo Business
PO Box 29482
Phoenix, AZ 85038
**Served via U.S. mail**

Chase Credit Card
PO Box 6294
Carol Stream, IL 60197
**Served via U.S. mail**

Rowan Advance
69 Marshall Dr.
Edison, NJ 08817
**U.S. mail**

Shearer Supply
2055 Luna Rd., Ste 182
Carrollton, TX 75006
**Served via U.S. mail**

Enterprise Fleet
4201 State Hwy 161, Ste. 110
Irving, TX 75038
**Served via U.S. mail**

Bank of America Business Card
PO Box 15796
Wilmington, DE 19886
**Served via U.S. mail**

Millstone Funding
101 Sin St.
Amityville, NY 11701
**Served via U.S. mail**

Fora Financial
1385 Broadway 15th Floor
New York, NY 10018
**Sered via U.S. mail**

US Bank
PO Box 790408
Saint Louis, MO 63179
**Served via U.S. mail**

Truistbank
PO Box 849
Wilson, NC 27894
**Served via U.S. mail**

VariSpace Southlake
1900 W. Kirkwood Blvd.
Southlake, TX 76092
**Served via U.S. mail**

Win Supply of Dallas
1445 W Belt Line Rd., Ste 100
Carrollton, TX 75006
**Served via U.S. mail**

Bryson Dechambeau
3079 Parr Lane
Grapevine, TX 76051
**Served via U.S. mail**

Progressive County Mutual Ins. Co.
PO Box 94739
Cleveland, OH 44101
**Served via U.S. mail**

Denton County Tax Assessor/Collector
PO Box 90223
Denton, TX 76202
**Served via U.S. mail**

*Noticed Parties:*
The County of Denton, Texas
Julie Anne Parsons
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, Texas 78680-1269
Telephone: (512) 323-3200
Fax: (512) 323-3205
Email: jparsons@mvbalaw.com
**Served via ECF**

B.A.D. as Trustee of Skyline Oaks Trust
c/o Van Shaw
 Beau Powell
 David Welch
SHAW WELCH POWELL
2723 Fairmount Street
Dallas, TX 75201
Telephone: 214/754-7110
Facsimile: 214/754-7115
Email: van@shawlaw.net
Email: beau@shawlaw.net
Email: david@shawlaw.net
**Served via ECF**

Lewisville ISD
c/o Linebarger Goggan Blair &
Sampson, LLP
John K. Turner
3500 Maple Avenue, Suite 800
DALLAS, TX 75219
Telephone: (214) 880-0089
Facsimile: (469) 221-5003
Email: dallas.bankruptcy@lgbs.com
**Served via ECF**

Carrier Enterprises LLC
c/o Matthew C. Jameson
Jameson and Dunagan, P.C.
5429 LBJ Freeway, Suite 300
Dallas, Texas 75240
(214) 369-6422 - phone
(214) 369-9175 – fax
Email: mcj@jdlawtx.com
**Served via ECF**

Texas Comptroller of Public Accounts
c/o Kimberly A. Walsh
Assistant Attorney General
Texas Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas 78711-2548
Email: kimberly.walsh@oag.texas.gov
**Served via ECF**

Acuity
c/o Eric R. von Helms
KOHNER, MANN & KAILAS, S.C.
4650 North Port Washington Road, 2nd Floor
Milwaukee, Wisconsin 53212
Telephone: (414) 962-5110
Facsimile: (414) 962-8725
Email: evonhelms@kmksc.com
**Served via ECF**