

**ROSS & SMITH, PC**
Bankruptcy Solutions + Mediation Services

700 N Pearl St
Ste 1610
Dallas, TX 75201-7459
Phone: (214) 377-7879
Fax: (214) 377-9409

EXHIBIT A

Advent Air Conditioning
Clayton Everett
Norred Law, PLLC Attorney
515 East Border St.
Arlington, Texas 76010

# Invoice

| | |
|---|---|
| Invoice Date: | 6/2/2025 |
| Invoice No: | 3877 |

Matter:   00483-001          Re:   00483-001 Advent Air Conditioning, Chapter 11 - Sub Chapter V - Advent Air Conditioning

## Professional Fees

| Date | Description | Hours | Amount | Lawyer |
|---|---|---|---|---|
| 05/19/2025 | Download docket; review Notice of Chapter 11 Bankruptcy Case and calendar 341 meeting and deadlines; review Scheduling Order and calendar status conference and deadlines; work on Master Service List; work on labels for service; work on Notice of Appearance. | 0.90 | $157.50 | MC |
| 05/21/2025 | Prepare hearing notebook for F. Smith to review. | 0.70 | $105.00 | CE |
| 05/23/2025 | Prepare for and attend Initial Debtor Interview. | 0.40 | $190.00 | FS |
| 05/28/2025 | Review docket and download Court documents; review Court calendar and calendar hearings and deadlines; work on Trustee's First and Final Fee Application and proposed order; work on Certificate of No Objection; review Notice of Appearance and update Master Service List; work on Report of No Distribution; work on Order Discharging Trustee. | 0.80 | $140.00 | MC |
| | | 2.80 | $592.50 | |

## Disbursements

| Date | Description | Amount |
|---|---|---|
| | Printing and Photocopies | $21.90 |
| 05/31/2025 | Postage | $0.69 |
| | | $22.59 |

## Fee Earner Summary

| Fee Earner | Total Time | Rate | Total |
|---|---|---|---|
| Michael Coulombe | 1.7 | $175.00 | $297.50 |
| Casey Eary | 0.7 | $150.00 | $105.00 |
| Frances Smith | 0.4 | $475.00 | $190.00 |

Invoice Amount:   $615.09



700 N Pearl St
Ste 1610
Dallas, TX 75201-7459
Phone: (214) 377-7879
Fax: (214) 377-9409

Advent Air Conditioning

# Invoice

Invoice Date: 7/1/2025
Invoice No: 3941

Matter: 00483-001      Re:    00483-001 Advent Air Conditioning, Chapter 11 - Sub Chapter V - Advent Air Conditioning

## Professional Fees

| Date | Description | Hours | Amount | Lawyer |
|---|---|---|---|---|
| 06/04/2025 | File Notice of Appearance. | 0.10 | $17.50 | MC |
| 06/10/2025 | Review Application to Employ Norred Law and calendar deadline. | 0.10 | $17.50 | MC |
| 06/11/2025 | Update F. Smith's 341 interview notebook for today's meeting. | 0.60 | $105.00 | CE |
| 06/11/2025 | Prepare for and attend 341 meeting of creditors. | 1.00 | $475.00 | FS |
| 06/12/2025 | Review Notice of Appearance and update Master Service List; review ECF notification regarding reset hearing and update calendar. | 0.20 | $30.00 | MC |
| 06/13/2025 | Review Notice of Hearing and calendar hearing and deadline. | 0.10 | $15.00 | MC |
| 06/25/2025 | Update hearing notebook for F. Smith. | 0.30 | $45.00 | CE |
| 06/29/2025 | Review emails from C. Everett regarding cash collateral order and budget. | 0.40 | $190.00 | FS |
|  |  | 2.80 | $895.00 |  |

## Disbursements

| Date | Description | Amount |
|---|---|---|
|  | Printing and Photocopies | $32.25 |
|  |  | $32.25 |

## Fee Earner Summary

| Fee Earner | Total Time | Rate | Total |
|---|---|---|---|
| Michael Coulombe | 0.5 | $162.50 | $80.00 |
| Casey Eary | 0.9 | $162.50 | $150.00 |
| Frances Smith | 1.4 | $475.00 | $665.00 |

Invoice Amount:    $927.25



700 N Pearl St
Ste 1610
Dallas, TX 75201-7459
Phone: (214) 377-7879
Fax: (214) 377-9409

Advent Air Conditioning

# Invoice

Invoice Date: 8/1/2025
Invoice No: 4019

Matter: 00483-001          Re:    00483-001 Advent Air Conditioning, Chapter 11 - Sub Chapter V - Advent Air Conditioning

## Professional Fees

| Date | Description | Hours | Amount | Lawyer |
|---|---|---|---|---|
| 07/17/2025 | Telephone conference with John Delavega; telephone conference with S. Hersh regarding Advent Air. | 1.10 | $522.50 | FS |
|  |  | 1.10 | $522.50 |  |

## Fee Earner Summary

| Fee Earner | Total Time | Rate | Total |
|---|---|---|---|
| Frances Smith | 1.1 | $475.00 | $522.50 |

Invoice Amount: $522.50

Tax ID Number: LEDES462001231



**ROSS & SMITH, PC**
Bankruptcy Solutions + Mediation Services

700 N Pearl St
Ste 1610
Dallas, TX 75201-7459
Phone: (214) 377-7879
Fax: (214) 377-9409

Advent Air Conditioning
1560 E. Southlake Blvd.
Southlake, TX 76092

# Invoice

Invoice Date: 10/1/2025
Invoice No: 4170

Matter:   00483-001           Re:      00483-001 Advent Air Conditioning, Chapter 11 - Sub Chapter V -
                                       Advent Air Conditioning

## Professional Fees

| Date | Description | Hours | Amount | Lawyer |
|---|---|---|---|---|
| 09/03/2025 | Review email from S. Hersh regarding confirmation hearing. | 0.10 | $47.50 | FS |
| 09/15/2025 | Review Notice of Hearing, calendar hearing, and calculate deadline. | 0.10 | $17.50 | MC |
| | | 0.20 | $65.00 | |

## Fee Earner Summary

| Fee Earner | Total Time | Rate | Total |
|---|---|---|---|
| Frances Smith | 0.1 | $475.00 | $47.50 |
| Michael Coulombe | 0.1 | $175.00 | $17.50 |

Invoice Amount:      $65.00

Tax ID Number: LEDES462001231

### 11960016.00001- Advent Air Conditioning/Subchapter V **FOR INFORMATION PURPOSES

| Type | TRAN DATE | Tkpr Name | Status | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|---|
| FEES | | | | | | | |
| | 10/1/2025 | RS House Account, RS | Billed | 0.00 | | $2,129.84 | RS CONVERTED AR |
| | 10/14/2025 | Coulombe, Michael | Billed | 0.10 | $230.00 | $23.00 | Work on Notice of Change of Law Firm. |
| | 10/15/2025 | Coulombe, Michael | Billed | 0.10 | $230.00 | $23.00 | Review Notice of Appearance and update Master Service List. |
| | 10/23/2025 | Smith, Frances | Billed | 0.10 | $475.00 | $47.50 | Review and revise notice of new law firm. |
| | 10/23/2025 | Coulombe, Michael | Billed | 0.10 | $230.00 | $23.00 | Review email from Court regarding continued hearing and update hearing and witness & exhibit list deadline on the calendar. |
| | 10/28/2025 | Coulombe, Michael | Billed | 0.10 | $230.00 | $23.00 | Review Order Granting Motion to Continue Hearing and update calendar. |
| | 10/29/2025 | Coulombe, Michael | Billed | 0.10 | $230.00 | $23.00 | File Notice of Change of Law Firm. |
| | 11/24/2025 | Coulombe, Michael | Billed | 0.20 | $230.00 | $46.00 | Work on hearing notebook. |
| | 1/12/2026 | Smith, Frances | Not Posted | 0.33 | $475.00 | $158.32 | Review and respond to email from Clayton Everett regarding motion to dismiss case. |
| | 1/13/2026 | Coulombe, Michael | WIP | 0.50 | $175.00 | $87.50 | Review emails regarding motion to dismisss; work on Trustee's First and Final Fee Application and proposed order; work on Certificate of No Objection; work on Report of No Distribution. |
| | 1/16/2026 | Smith, Frances | WIP | 0.20 | $475.00 | $95.00 | Review emails from Clayton Everett. |
| | 1/20/2026 | Coulombe, Michael | WIP | 0.10 | $175.00 | $17.50 | Review Motion to Dismiss Case and calculate deadline. |
| | 1/22/2026 | Coulombe, Michael | WIP | 0.10 | $175.00 | $17.50 | Work on, file, and coordinate service of Trustee's First and Final Fee Application and proposed order. |
| | 1/23/2026 | Smith, Frances | WIP | 0.50 | $475.00 | $237.50 | Review and finalize Trustee's First and Final Fee Application and proposed order. |
| | | | | 2.53 | | $2,951.66 | Total FEES |
| | | | | | | $2,951.66 | Grand Total Fees and Disbursements |