Norred Law, PLLC
Clayton L. Everett, State Bar No. 24065212
515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Advent Air Conditioning, Inc.

# United States Bankruptcy Court
## Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| **In re:**<br>**Advent Air Conditioning, Inc.**<br>　1560 E. Southlake Blvd.<br>　Southlake, TX 76092<br>　EIN: 75-1935949<br><br>**Debtor** | Case No. 25-41696-mxm11<br><br>Chapter 11<br><br>[Subchapter V Case] |

## CERTIFICATE OF NO OBJECTION ON DEBTOR'S
## MOTION TO DISMISS CHAPTER 11 CASE

On January 16, 2026, I filed and served on all parties the *Debtor's Motion to Dismiss Chapter 11 Case* [ECF Dkt. 68]. A response to the Motion was due on February 6, 2026. As of the date of this certificate, no party in interest has filed a response or advised me of any opposition to the relief sought in the Motion.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**Norred Law, PLLC**
　　　　　　　　　　　　　　　　　　　　By: /s/ Clayton L. Everett
　　　　　　　　　　　　　　　　　　　　Clayton L. Everett
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24065212
　　　　　　　　　　　　　　　　　　　　clayton@norredlaw.com
　　　　　　　　　　　　　　　　　　　　515 E. Border Street | Arlington, TX 76010
　　　　　　　　　　　　　　　　　　　　Telephone: (817)704-3984
　　　　　　　　　　　　　　　　　　　　Counsel for Debtor

**CERTIFICATE OF SERVICE**: I hereby certify that on February 9, 2026, a true and correct copy of the certificate was filed with the Court and served via the Court's electronic noticing system.

　　　　　　　　　　　　　　　　　　　　/s/ Clayton L. Everett
　　　　　　　　　　　　　　　　　　　　Clayton L. Everett