Frances A. Smith
**Offit Kurman**
State Bar No. 24033084
700 N. Pearl Street, Suite 1610
Dallas, TX 75201
Phone: 214-377-7879
Fax: 214-377-9409
Email: frances.smith@offitkurman.com
**SUBCHAPTER V TRUSTEE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| **ADVENT AIR CONDITIONING, INC.,** | § § | Case No. 25-41696-mxm11 |
| | § § | **CHAPTER 11** |
| | § § | **(Subchapter V)** |
| **Debtor.** | § | |

## CERTIFICATE OF NO OBJECTION

On February 6, 2026, Frances A. Smith, the Subchapter V Trustee (the "Trustee"), filed the *Trustee's First and Final Application for Compensation and Reimbursement of Expenses* (the "Fee Application") [Dkt. No. 69]. Trustee hereby certifies that the following is true and correct to the best of her knowledge:

1. Service of the Fee Application was timely made on all parties entitled to service by ECF and U.S. mail on February 6, 2026.

2. Objections were due to be filed with the Court no later than February 27, 2026.

3. No objections to or requests for hearing on the Fee Application were received by the undersigned nor filed with the Court and docketed in the case file by the objection deadline.

Dated: March 4, 2026

Respectfully submitted,

**OFFIT KURMAN**

By:  */s/ Frances A. Smith*
Frances A. Smith
State Bar No. 24033084
700 N. Pearl Street, Suite 1610
Dallas, TX 75201
Phone:  214-377-7879
Fax:  214-377-9409
Email: frances.smith@offitkurman.com

**SUBCHAPTER V TRUSTEE**

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 4, 2026, I caused a true and correct copy of the foregoing to be filed and served through ECF notification upon all parties who receive notice in this matter pursuant to the Court's CM/ECF filing system.

*/s/ Frances A. Smith*
Frances A. Smith