

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 6, 2026**

**United States Bankruptcy Judge**

___

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ADVENT AIR CONDITIONING, INC., | § | Case No. 25-41696-mxm11 |
| | § | |
| | § | **CHAPTER 11** |
| | § | **(Subchapter V)** |
| Debtor. | § | |

## ORDER APPROVING TRUSTEE'S FIRST AND FINAL APPLICATION
## FOR COMPENSATION AND EXPENSES

The Court has considered Trustee's *First and Final Application for Compensation and Reimbursement of Expenses* filed on February 6, 2026 [Dkt. 69] (the "Application") in which Frances A. Smith, the appointed Subchapter V trustee, requests compensation in the amount of **$2,896.82** and reimbursement of expenses in the amount of **$54.84**. No objections or responses were filed to the Application, and the Court finds notice was proper and sufficient. The Court further finds that good cause exists for the relief requested and the fees and expenses were reasonable and necessary. The Court, having determined that the request for compensation and expenses should be granted, it is hereby ORDERED that:

1. The Application is GRANTED.

2. That compensation in the amount of **$2,896.82** and reimbursement of expenses of **$54.84** is allowed for a total compensation of **$2,951.66**.

3. The Trustee is authorized to apply the **$615.09** currently held in the Trustee's IOLTA account in satisfaction of such allowed compensation.

4. The Debtor shall pay the outstanding amount within (10) ten days of entry of this Order.

### # # # END OF ORDER # # #

Submitted by:

Frances A. Smith
State Bar No. 24033084
**Offit Kurman**
700 N. Pearl Street, Suite 1610
Dallas, TX 75201
Phone: 214-377-7879
Fax: 214-377-9409
Email: frances.smith@ross-and-smith.com

**Subchapter V Trustee**