


CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed March 6, 2026

United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| ADVENT AIR CONDITIONING, INC., | § § | Case No. 25-41696-mxm11 |
| | § § | CHAPTER 11 |
| | § | (Subchapter V) |
| Debtor. | § | |

**ORDER APPROVING TRUSTEE'S FIRST AND FINAL APPLICATION
FOR COMPENSATION AND EXPENSES**

The Court has considered Trustee's *First and Final Application for Compensation and Reimbursement of Expenses* filed on February 6, 2026 [Dkt. 69] (the "Application") in which Frances A. Smith, the appointed Subchapter V trustee, requests compensation in the amount of **$2,896.82** and reimbursement of expenses in the amount of **$54.84**. No objections or responses were filed to the Application, and the Court finds notice was proper and sufficient. The Court further finds that good cause exists for the relief requested and the fees and expenses were reasonable and necessary. The Court, having determined that the request for compensation and expenses should be granted, it is hereby ORDERED that:

1. The Application is GRANTED.

2. That compensation in the amount of **$2,896.82** and reimbursement of expenses of **$54.84** is allowed for a total compensation of **$2,951.66**.

3. The Trustee is authorized to apply the **$615.09** currently held in the Trustee's IOLTA account in satisfaction of such allowed compensation.

4. The Debtor shall pay the outstanding amount within (10) ten days of entry of this Order.

# # # END OF ORDER # # #

Submitted by:

Frances A. Smith
State Bar No. 24033084
**Offit Kurman**
700 N. Pearl Street, Suite 1610
Dallas, TX 75201
Phone: 214-377-7879
Fax: 214-377-9409
Email: frances.smith@ross-and-smith.com

**Subchapter V Trustee**

United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 25-41696-mxm |
| Advent Air Conditioning, Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 06, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Advent Air Conditioning, Inc., 1560 E. Southlake Blvd., Southlake, TX 76092-6456 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 08, 2026 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clayton Everett | on behalf of Debtor Advent Air Conditioning Inc. clayton@norredlaw.com, clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Eric Robert von Helms | on behalf of Creditor Acuity evonhelms@kmksc.com |
| Frances A. Smith | on behalf of Trustee Frances A. Smith (SBRA V) frances.smith@offitkurman.com michael.coulombe@offitkurman.com;cfas11@trustesolutions.net |
| Frances A. Smith (SBRA V) | frances.smith@offitkurman.com |
| Jeremy Beau Powell | on behalf of Creditor B.A.D. AS TRUSTEE OF SKYLINE OAKS beau@shawlaw.net |

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 06, 2026 | Form ID: pdf012 | Total Noticed: 1 |

    van@shawlaw.net;april@shawlaw.net;raeanna@shawlaw.net;leticia@shawlaw.net;david@shawlaw.net

John Kendrick Turner
    on behalf of Creditor Lewisville ISD john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

Julie Anne Parsons
    on behalf of Creditor The County of Denton County Texas jparsons@mvbalaw.com, karla.alexander@mvbalaw.com;theresa.king@mvbalaw.com;juanie.montalvo@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Kimberly A. Walsh
    on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division bk-kwalsh@oag.texas.gov, sherri.simpson@oag.texas.gov

Kimberly A. Walsh
    on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division and Texas Workforce Commission bk-kwalsh@oag.texas.gov, sherri.simpson@oag.texas.gov

Matthew C. Jameson
    on behalf of Creditor Carrier Enterprise LLC mcjameson@jamesondunagan.com

United States Trustee
    ustpregion06.da.ecf@usdoj.gov

Warren V. Norred
    on behalf of Debtor Advent Air Conditioning Inc. warren@norredlaw.com, anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

TOTAL: 12