

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed March 6, 2026

United States Bankruptcy Judge

# United States Bankruptcy Court
## Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| In re:<br>**Advent Air Conditioning, Inc.**<br>    1560 E. Southlake Blvd.<br>    Southlake, TX 76092<br>    EIN: 75-1935949<br><br>Debtor | Case No. 25-41696-mxm11<br><br>Chapter 11<br><br>[Subchapter V Case] |

## ORDER GRANTING DEBTOR'S MOTION TO DISMISS

On this date, the Court considered the Debtor's Motion to Dismiss Chapter 11 Case Pursuant to 11 U.S.C. § 1112(b) (the "Motion"). The Court, having considered the Motion, the record in this case, and the applicable law, finds that cause exists and that dismissal, rather than conversion, is in the best interests of creditors and the estate:

1. The Motion is GRANTED.

2. This Chapter 11 case is DISMISSED pursuant to 11 U.S.C. § 1112(b), subject to the conditions set forth herein.

3. As a condition of dismissal, the Debtor shall pay all outstanding Subchapter V trustee fees and any allowed administrative expenses incurred through the date of dismissal.

4. The case shall remain open for a limited administrative period solely to permit the Subchapter V trustee to file a final application for compensation, to allow the Court to consider and approve that application, and to enable the entry of an order formally discharging the Subchapter V trustee.

5. Upon approval of the Subchapter V trustee's final compensation and entry of an order discharging the trustee, the Clerk shall close the case without further order of the Court.

6. Dismissal is without prejudice to the rights of any party in interest, except as expressly provided in this Order.

### # # # END OF ORDER # # #

Approved as to form by:

Clayton L. Everett
State Bar No. 24065212
Norred Law, PLLC
515 E. Border St. | Arlington, Texas 76010
Telephone: (817) 704-3984
clayton@norredlaw.com
Counsel for the Debtor

United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 25-41696-mxm |
| Advent Air Conditioning, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 06, 2026 | Form ID: pdf022 | Total Noticed: 70 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Advent Air Conditioning, Inc., 1560 E. Southlake Blvd., Southlake, TX 76092-6456 |
| 22605505 | + | Acuity Insurance, 2800 S. Taylor Dr., Sheboygan, WI 53081-8474 |
| 22605506 | + | Air Gas, 896 S. Mill St, Lewisville, TX 75057-4686 |
| 22616544 | + | Baker Distributing Company, 14610 Breakers Drive, Jacksonville, FL 32258-6468 |
| 22605508 | + | Baker Supply, 884 N Mill St, Lewisville, TX 75057-3112 |
| 22605511 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 22605512 | + | Bryce Huntt, Finemark Bank, 3079 Parr Lane, Grapevine, TX 76051-5602 |
| 22605513 | + | Bryson Dechambeau, c/o SHAW WELCH POWELL, 2723 Fairmount Street, Dallas, Texas 75201-1912 |
| 23113075 | + | Caddie Services, 18720 Mack Ave, Suite 210, Grosse Pointe, MI 48236-2991 |
| 22605514 | + | Carrier Enterprise, LLC, PO Box 730246, Dallas, TX 75373-0246 |
| 22605516 | + | Corporate Turnaround, 95 State Rte 17, Paramus, NJ 07652-2626 |
| 22605517 | + | CubeWork-Coppell, 850 Northlake Dr, Coppell, TX 75019-4713 |
| 22605520 | + | Enterprise Fleet, 4201 State Hwy 161, Ste. 110, Irving, TX 75038-1477 |
| 22694362 | + | Enterprise Fleet Management, Inc., 4201 N. State Hwy 161, Irving, TX 75038-1477 |
| 23113074 | + | Geotab, 621 North Avenue NE, Suite C-170, Atlanta, GA 30308-2865 |
| 23113073 | + | Iron Mountain, 85 New Hampshire Avenue, Suite 150, Portsmouth, NH 03801-2926 |
| 22605525 | + | Jared Douglas, 1104 Parkdale Dr., Argyle, TX 76226-1791 |
| 22620762 | | John Delavega, 3901 Aquatic Drive, Carrollton, TX 75007-1231 |
| 22605526 | + | Lawrence Funding Group, 6500 W. 65th St., Unit 204, Chicago, IL 60638-4962 |
| 22694588 | + | Matthew Davis, Davis Business Law PLLC, 525 W. Maine St, Enid, OK 73701-5542 |
| 22605529 | + | Millstone Funding, 40-47 75th St., 3rd Floor, Elmhurst, NY 11373-1065 |
| 22605530 | + | Nationwide Inbound, 50 W. Douglas St., Ste. 1200, Freeport, IL 61032-4142 |
| 22605531 | + | Outbound 360, 1703 Cross Creek Ln, Cleburne, TX 76033-1217 |
| 22681722 | + | Profit Matters, 3960 FM 2181, Suite 120, Hickory Creek, TX 75065-7800 |
| 22605533 | + | Profit Matters, 1090 Texan Trl, Grapevine, TX 76051-3703 |
| 22605535 | + | Rick Barnes-Tax Assessor, 100 E. Weatherford Street, Fort Worth, TX 76196-0206 |
| 22605536 | + | Rowan Advance, 69 Marshall Dr., Edison, NJ 08817-2910 |
| 22605537 | + | Shearer Supply, 2055 Luna Rd., Ste 182, Carrollton, TX 75006-6466 |
| 22605545 | | U.S. Attorney-North, 3rd. Floor, 1100 Commerce St., Dallas, TX 75242 |
| 22605547 | + | Unifirst, 920 Minters Chapel Rd., Grapevine, TX 76051-4135 |
| 22694589 | + | Unifirst Corporation, Davis Business Law PLLC c/o Matthew Davi, 525 W. Maine St, Enid, OK 73701-5542 |
| 22607515 | + | Van Shaw, Beau Powell, David Welch, SHAW WELCH POWELL, 2723 Fairmount Street Dallas, TX 75201-1912 |
| 22605549 | + | VariSpace Southlake, 1900 W. Kirkwood Blvd., Southlake, TX 76092-2234 |
| 22605551 | + | Win Supply of Dallas, 1445 W Belt Line Rd., Ste 100, Carrollton, TX 75006-6933 |
| 22625501 | + | Winsupply Dallas TX CO., c/o Jameson & Dunagan PC, 5429 LBJ Freeway Suite 300, Dallas, Texas 75240-2645 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 22605507 | ^ MEBN | Mar 06 2026 21:28:09 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC |

Case 25-41696-mxm11   Doc 75   Filed 03/08/26   Entered 03/09/26 00:21:11   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0539-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 06, 2026 | Form ID: pdf022 | Total Noticed: 70 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 22605509 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com Mar 06 2026 21:31:00 | | Bank of America, Business Card, PO Box 15796, Wilmington, DE 19886-5796 20530-0001 |
| 22605523 | | Email/PDF: Citi.BNC.Correspondence@citi.com Mar 06 2026 21:40:06 | | Home Depot Credit Services, PO Box 78011, Phoenix, AZ 85062 |
| 22605515 | + | Email/PDF: ais.chase.ebn@aisinfo.com Mar 06 2026 21:40:21 | | Chase Credit Card, PO Box 6294, Carol Stream, IL 60197-6294 |
| 22681153 | | Email/Text: litigation.recoverybkmailbox@dllgroup.com Mar 06 2026 21:31:00 | | De Lage Landen Financial Services Inc, 1111 Old Eagle School Road, Wayne, PA 19, Wayne, PA 19087 |
| 22605518 | | Email/Text: litigation.recoverybkmailbox@dllgroup.com Mar 06 2026 21:31:00 | | De Lage Landen Financial Services, Inc., for Toshiba Financial Services, PO Box 41602, Philadelphia, PA 19101 |
| 22605519 | + | Email/Text: julie.parsons@mvbalaw.com Mar 06 2026 21:32:00 | | Denton County Tax Assessor/Collector, PO Box 90223, Denton, TX 76202-5223 |
| 22605522 | | Email/Text: bankruptcyfilings@fundbox.com Mar 06 2026 21:31:00 | | FundBox, 5760 Legacy Dr, Ste B3-535, Plano, TX 75024 |
| 22616785 | + | Email/Text: legal@fastenal.com Mar 06 2026 21:32:00 | | Fastenal Company, 2001 Theurer Blvd., Attn: Legal, Winona, MN 55987-9902 |
| 22605521 | + | Email/Text: disclosures@forafinancial.com Mar 06 2026 21:32:00 | | Fora Financial, 1385 Broadway 15th Floor 10018-6015 |
| 22641187 | + | Email/Text: Bankruptcy@aubreythrasher.com Mar 06 2026 21:32:00 | | Fora Financial Warehouse, LLC, c/o Aubrey Thrasher, LLC, 3050 Peachtree Road NW, Suite 240, Atlanta, GA 30305-2212 |
| 22764883 | | Email/PDF: bncnotices@becket-lee.com Mar 06 2026 21:40:15 | | Fundbox, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 22605524 | + | Email/Text: sbse.cio.bnc.mail@irs.gov Mar 06 2026 21:32:00 | | IRS, Special Procedures-Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 22640683 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com Mar 06 2026 21:32:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 22641186 | + | Email/Text: Bankruptcy@aubreythrasher.com Mar 06 2026 21:32:00 | | Jason Khano, 3050 Peachtree Road NW, Suite 240, Atlanta, GA 30305-2212 |
| 22605527 | + | Email/Text: dallas.bankruptcy@LGBS.com Mar 06 2026 21:32:00 | | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 22605528 | + | Email/Text: dallas.bankruptcy@LGBS.com Mar 06 2026 21:32:00 | | LGBS-Dallas, 3500 MAPLE AVE SUITE 800, DALLAS, TX 75219-3959 |
| 22608929 | + | Email/Text: dallas.bankruptcy@LGBS.com Mar 06 2026 21:32:00 | | Lewisville ISD, Linebarger Goggan Blair & Sampson, LLP, c/o John Kendrick Turner, 3500 Maple Avenue, Suite 800, DALLAS, TX 75219-3959 |
| 22605532 | + | Email/Text: emccain@pbfcm.com Mar 06 2026 21:32:00 | | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 22605534 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com Mar 06 2026 21:32:00 | | Progressive County Mutual Ins. Co., PO Box 94739, Cleveland, OH 44101-4739 |
| 22605538 | | Email/Text: pacer@cpa.state.tx.us Mar 06 2026 21:32:00 | | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 22605542 | | Email/Text: pacer@cpa.state.tx.us Mar 06 2026 21:32:00 | | Texas Comptroller of Public Accounts, Lyndon B. Johnson State Office Building, 111 East 17th Street, Austin, TX 78774 |
| 22630344 | | Email/Text: bcd@oag.texas.gov Mar 06 2026 21:32:00 | | TEXAS WORKFORCE COMMISSION, OFFICE OF ATTORNEY GENERAL, BK/COLLECTIONS, P.O. BOX 12548, MC008, AUSTIN, TX 787112548 |

Case 25-41696-mxm11  Doc 75  Filed 03/08/26  Entered 03/09/26 00:21:11  Desc
Imaged Certificate of Notice   Page 5 of 6

| District/off: 0539-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 06, 2026 | Form ID: pdf022 | Total Noticed: 70 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 22605539 | + | Email/Text: TAX-CTS-Southwestern.BankruptcyMail@usdoj.gov Mar 06 2026 21:31:00 | | Tax Division-US Department of Justice, 717 N. Harwood, Ste. 400, Dallas, TX 75201-6598 |
| 22605540 | + | Email/Text: bankruptcyclerk@tabc.texas.gov Mar 06 2026 21:32:00 | | Texas Alcoholic Bev. Comm., Licenses and Permits Division, PO Box 13127, Austin, TX 78711-3127 |
| 22605541 | + | Email/Text: bcd@oag.texas.gov Mar 06 2026 21:32:00 | | Texas Attorney General, BK-Collections Division, PO Box 12548, Austin, TX 78711-2548 |
| 22670678 | ^ | MEBN Mar 06 2026 21:28:25 | | Texas Comptroller of Public Accounts, C/O Office of the Attorney General, Bankruptcy - Collections Division MC-008, PO Box 12548, Austin, TX 78711-2548 |
| 22605543 | + | Email/Text: collections.pacer@twc.texas.gov Mar 06 2026 21:32:00 | | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 22607521 | | Email/Text: julie.parsons@mvbalaw.com Mar 06 2026 21:32:00 | | The County of Denton, Texas, c/o McCreary, Veselka, Bragg & Allen, P.O. Box 1269, Round Rock, TX 78680-1269 |
| 22611338 | + | Email/Text: bankruptcy@bbandt.com Mar 06 2026 21:32:00 | | Truist Bank, Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 22605544 | + | Email/Text: bankruptcy@bbandt.com Mar 06 2026 21:32:00 | | Truistbank, PO Box 849, Wilson, NC 27894-0849 |
| 22605546 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov Mar 06 2026 21:32:00 | | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |
| 22620917 | | Email/Text: USB_BNC_Emails@g2risksolutions.com Mar 06 2026 21:32:00 | | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 22605548 | | Email/Text: USB_BNC_Emails@g2risksolutions.com Mar 06 2026 21:32:00 | | US Bank, PO Box 790408, Saint Louis, MO 63179 |
| 22605550 | + | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com Mar 06 2026 21:40:22 | | Wells Fargo Business, PO Box 29482, Phoenix, AZ 85038-9482 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 22634250 | *+ | John Delavega, 3901 Aquatic Drive, Carrollton, TX 75007-1231 |
| 22605510 | ##+ | BlueVine Capital Inc., 30 Montgomery St, Suite 1400, Jersey City, NJ 07302-3857 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 08, 2026          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clayton Everett | on behalf of Debtor Advent Air Conditioning Inc. clayton@norredlaw.com, clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Eric Robert von Helms | on behalf of Creditor Acuity evonhelms@kmksc.com |
| Frances A. Smith | on behalf of Trustee Frances A. Smith (SBRA V) frances.smith@offitkurman.com michael.coulombe@offitkurman.com;cfas11@trustesolutions.net |
| Frances A. Smith (SBRA V) | frances.smith@offitkurman.com |
| Jeremy Beau Powell | on behalf of Creditor B.A.D. AS TRUSTEE OF SKYLINE OAKS beau@shawlaw.net van@shawlaw.net;april@shawlaw.net;raeanna@shawlaw.net;leticia@shawlaw.net;david@shawlaw.net |
| John Kendrick Turner | on behalf of Creditor Lewisville ISD john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com |
| Julie Anne Parsons | on behalf of Creditor The County of Denton County Texas jparsons@mvbalaw.com, karla.alexander@mvbalaw.com;theresa.king@mvbalaw.com;juanie.montalvo@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Kimberly A. Walsh | on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division and Texas Workforce Commission bk-kwalsh@oag.texas.gov, sherri.simpson@oag.texas.gov |
| Kimberly A. Walsh | on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division bk-kwalsh@oag.texas.gov, sherri.simpson@oag.texas.gov |
| Matthew C. Jameson | on behalf of Creditor Carrier Enterprise LLC mcjameson@jamesondunagan.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |
| Warren V. Norred | on behalf of Debtor Advent Air Conditioning Inc. warren@norredlaw.com, anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |

TOTAL: 12