

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 12, 2026**

_____
**United States Bankruptcy Judge**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FOR WORTH DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| ADVENT AIR CONDITIONING, INC., | § § § | Case No. 25-41696-mxm11 |
| | § § | **CHAPTER 11** |
| Debtor. | § § | **(Subchapter V)** |

### ORDER DISCHARGING TRUSTEE

It appears to the court that the Subchapter V Trustee in the above case has performed all duties required of the Trustee in the administration of the case. Therefore, it is ORDERED that the Subchapter V Trustee is discharged from and relieved of her duties in this case.

###END OF ORDER###

Submitted by:

*/s/ Frances A. Smith*
Frances A. Smith
State Bar No. 24033084
Offit Kurman
700 N. Pearl Street, Suite 1610
Dallas, TX 75201
Phone:  214-377-7879
Fax:  214-377-9409
Email: frances.smith@offitkurman.com
**Subchapter V Trustee**